# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON,<br><br>        Respondent,<br><br>        v.<br><br>RAY ALEXANDER SILCOTT,<br><br>        Appellant. | ) ) ) ) ) ) ) ) ) ) ) | No. 76293-1-I<br><br>UNPUBLISHED OPINION<br><br><br><br>FILED: MAR 1 2 2018 |

PER CURIAM — Ray Silcott appeals an order of restitution entered following his guilty pleas to third degree assault, felony harassment, and misdemeanor violation of a no-contact order. He contends, and the State concedes, that the order must be vacated because the State did not establish a causal connection between the crime and the claimed losses. We accept the State's concession. We leave the parties' dispute regarding the scope of the proceedings on remand for the trial court to resolve.

Remanded for proceedings consistent with this opinion.

FOR THE COURT:

_Spearman, J._

_Schindler, J._

_Cox, J._